**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cr-27-RLH-LRL |
| v. ) | |
| ) | **O R D E R** |
| ) | |
| JONATHAN MIRANDA-BREWSTER, ) | |
| ) | |
| ) | |
| Defendant. ) | |

On **May 17, 2011,** this matter came before the Court for hearing on the Government's Petition for Action on the Defendant's Conditions of Pretrial Release (#61). The defendant was present with counsel. The Defendant admits to the allegation of the Petition. The Court has considered the information and evidence offered by the Government and by the Defendant and finds as follows:

The Defendant entered a plea of guilty to Count One of the Superseding Information on February 23, 2011. Therefore, the burden is on the Defendant to rebut the presumption that no conditions or combination of conditions can assure the safety of the community. This presumption has not been rebutted.

1   ACCORDINGLY, IT IS THEREFORE ORDERED pursuant to the
2  provisions of 18 U.S.C. § 3148 that the release order heretofore
3  entered on **November 22, 2010** is hereby revoked.
4   IT IS FURTHER ORDERED that the defendant shall be detained
5  pending Sentencing.

7  DATED this 17th   day of May, 2011.

   _____
   **ROGER L. HUNT**
   **UNITED STATES DISTRICT JUDGE**